

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00246-CV

———————————————

IN RE BURNETT CHERRY STREET, LLC; BURNETT CHERRY STREET MEMBER, LLC; BURNETT PLAZA HOLDINGS, LLC; OPAL HOLDINGS, LLC; AND AVROHOM "SHAYA" PRAGER, Relators

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-350815-24

Before Bassel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and emergency motion to stay discovery and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion to stay discovery are denied.

Per Curiam

Delivered:  May 30, 2025